IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN
DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| SCOTT CRESPO, | ) | |
| | ) | |
| Plaintiff, | ) | Case Number: |
| | ) | |
| v. | ) | |
| | ) | |
| KEVIN SAUL, | ) | Judge: |
| | ) | |
| Defendant. | ) | |

## COMPLAINT

Plaintiff, Scott C. Crespo, brings this complaint against Defendant, Kevin Saul,

seeking to recover for Defendant's violations of the Illinois Loss Act.

### Parties, Jurisdiction and Venue

1.      Plaintiff, Scott C. Crespo, is a "person" as defined by 720 ILCS 5/28-

8(b) and is a citizen of the State of Florida.

2.      Defendant, Kevin Saul, is a citizen and resident of the State of Illinois,

domiciled at 29W23 Batavia Rd., Warrenville, IL 60555-2207, in this judicial district.

3.      This court has diversity jurisdiction under 28 U.S.C. 1332(a) because

the parties are citizens of different states and the matter in controversy exceeds

$75,000.

4.      Venue is proper in this district under 28 U.S.C. 1391(a) (1) and (2)

because Defendant resides within this judicial district and a substantial part of the

events that give rise to this claim occurred in this district.

1

**Count I: Violation of the Illinois Loss Act, 720 ILCS 5/28-1 *et seq.***

5.     The State of Illinois has enacted a comprehensive civil and criminal

legislative scheme to regulate the conduct of gambling in the state in an effort to

minimize and prevent the numerous social harms that may result from the vice of

gambling. These harms include cheating and collusion, addiction, and exploitation

of underage individuals. An important component of the statutory and regulatory

scheme is the Illinois Loss Recovery Act, 720 ILCS 5/28-1, *et seq.,* which provides a

cause of action by which anyone may sue and recover the total amount lost from the

winner of illegal gambling activity. *See,* 720 ILCS 5/28-8.

6.     720 ILCS 5/28-1 states in relevant part:

(a)    *A person commits gambling when he: (1) Plays a game of chance or skill for money or other thing of value, unless excepted in subsection (b) of this Section…; or, (12) make[s] a wager upon the result of any game, … by means of the Internet.*

7.     As more fully alleged herein, Defendant repeatedly played on-line

poker for money or other thing of value from August, 2005 to the present.

8.     Online poker is a game of chance or skill played for money or other

thing of value.

9.     Online poker involves making a wager upon the result of the game of

poker by means of the internet.

10.    Online poker is not exempted by subsection (b) of 720 ILCS 5/28-1.

11.    At all times relevant to this Complaint Defendant committed

"gambling" as defined by 720 ILCS 5-28-1(a)(1) and/or 720 ILCS 5/28-1(a)(12).

12.     Defendant is a well-known online poker gambler who plays online poker at the following sites under the following usernames:

      a.     Defendant plays at AbsolutePoker as BeLOWaBOVe.

      b.     Defendant plays at FullTiltPoker as GetPWN3D.

      c.     Defendant plays at PokerStars as BeL0WaB0Ve.

      d.     Defendant plays at UltimateBet as BeL0WaB0Ve.

      e.     Defendant plays at Bodog as BeL0WaBoVe.

      f.     Defendant plays at Ongame Network as BeL0WaBoVe

13.     At times relevant to the allegations in this Complaint, Defendant Saul was one of the top-ranked online poker players in Illinois according to pocketfives.com.

14.     720 ILCS 5/28-8 states in relevant part:

*Gambling losses recoverable. (a) Any person who by gambling shall lose to any other person, any sum of money or thing of value, amounting to the sum of $ 50 or more and shall pay or deliver the same or any part thereof, may sue for and recover the money or other thing of value, so lost and paid or delivered, in a civil action against the winner thereof, with costs, in the circuit court. No person who accepts from another person for transmission, and transmits, either in his own name or in the name of such other person, any order for any transaction to be made upon, or who executes any order given to him by another person, or who executes any transaction for his own account on, any regular board of trade or commercial, commodity or stock exchange, shall, under any circumstances, be deemed a "winner" of any moneys lost by such other person in or through any such transactions.*

*(b)     If within 6 months, such person who under the terms of Subsection 28-8(a) is entitled to initiate action to recover his losses does not in fact pursue his remedy, any person may initiate a civil action against the winner. The court or the jury, as the case may be, shall determine the amount of the loss. After such determination, the court shall enter a judgment of triple the amount so determined." (emphasis added*

15.     Defendant has won millions of dollars from persons who gambled and lost more than $50 at the game of poker on the internet.

a.      In 2006, Defendant won at least $48,915 from persons who gambled and lost at the Full Tilt Poker website.

b.      In 2006, Defendant won at least $714,885 from persons who gambled and lost at the Poker Stars website.

c.      In 2007, Defendant won at least $261,757 from persons who gambled and lost at the Full Tilt Poker website.

d.      In 2007, Defendant won at least $504,600 from persons who gambled and lost at the Poker Stars website.

e.      In 2008, Defendant won at least $477,086 from persons who gambled and lost at the Full Tilt Poker website

f.      In 2008, Defendant won at least $335,558 from persons who gambled and lost at the Poker Stars website.

g.      In 2009, Defendant won at least $252,490 from persons who gambled and lost at the Full Tilt Poker website.

h.      In 2009, Defendant won at least $691,598 from persons who gambled and lost at the Poker Stars website.

16.     In an interview with cardplayer.com in July 2007 Defendant Saul stated "just in case the government is listening" he has had cashes of over $3,100,000. http://www.cardplayer.com/cptv/channels/13-other-poker-videos/poker-videos/3785-online-poker-zone-interview-with-poker-pro-kevin-saul.

17.     Defendant Saul indicated in this interview that he is aware kids play online poker and that he himself has been playing poker since before he was 18 years old in Illinois. (http://www.cardplayer.com/cptv/channels/13-other-poker-videos/poker-videos/3785-online-poker-zone-interview-with-poker-pro-kevin-saul.)

18.     Defendant Saul writes an occasional blog on pokerroad.com, blogspot.com and pocketfives.com.

19.     In his blog postings, Defendant Saul has admitted to colluding with, and assisting an underage individual during a game of online poker.

20.     On information and belief, Defendant won gambling winnings from losers from his former residence in Forest Park, IL.

21.     In his blog postings, Defendant Saul admitted that his offenses were committed either wholly or partly within the State.

22.     The potential for cheating and collusion is a major problem with internet gambling and one of the reasons the State of Illinois has, in valid exercise of its police powers, banned and criminalized internet gambling. For instance, on November 30th, 2008, 60 Minutes reported a scandal involving a ring of company insiders at Absolute Poker who accessed security accounts such that they could see the cards of other players at the table. (*See* www.cbsnews.com. "How Online Gamblers Unmasked Cheaters" Nov. 30, 2008. 60 Mintes Report). This scheme resulted in the unfair winnings of over $20,000,000, and as the report suggests, there is likely to be even more cheating that is ongoing. Moreover, software is available

that enables individuals to prey upon weak players, and stack the odds in cheater's favor.[1]

23.    Online poker enables gambling addictions. For instance, the Illinois Institute for Addiction Recovery notes that a study conducted by Dr. Alec Roy concluded that pathological gambling is an addiction similar to a chemical addiction. See Alec Roy, MB, Arch Gen Psychiatry. 1988;45(4):369-373. The study showed pathological gamblers have lower levels of norepinephrine than normal gamblers. This brain chemical is secreted under stress, arousal, thrill and excitement; therefore pathological gamblers may engage in activities such as gambling to increase their levels of norepinephrine. The illness of pathological gamblers is exploited by the play of illegal, unregulated on-line gambling and imposes social costs on citizens of Illinois. Too often, gambling addictions result in suicide. A survey of nearly 200 Gamblers Anonymous members in Illinois found that 66 percent had contemplated suicide, 79 percent had wanted to die, 45 percent had

---

[1] A few examples of this software include: Poker Crusher, which utilizes data mining software to compile, analyze, and report on the history and gambling strategy of individuals from numerous online poker websites. The software also locates the "softest tables" on the web that contains the most inexperienced players and those with the losing records; Poker Bot Pro, a computer program that does not require an individual to play online poker. The software simply enters online poker rooms and automatically begins making money for the owner; Pocket Aces, software that allows the online player to change his or her cards after they have been dealt; No Rules Poker, which allows a user to see his or her opponent's cards; Calculatem Pro, a software package that takes the skill and mental rigor out of the game by calculating the odds the cheater has at winning a particular pot. As the product description explains, calculatem eliminates confusion and enables you to "take your opponents for the most money possible;" Sit and Go Shark, which calculates the odds of each hand and the strategies of the table's players and provides step-by-step advice to have the mathematically highest possibility of winning the hand; and Holdemgenius, which functions as a skin over most online poker sites and enables you to easily play multiple tables at once with almost little mental effort. Like other software, holdemgenius calculates the odds of winning each hand and makes strategy recommendations for the player.

a definite plan to kill themselves, and 16 percent had actually attempted suicide. The Illinois Council on Compulsive Gambling reports that more than 20 Illinois residents have killed themselves as a result of a gambling addiction. (*See*, Henry R. Lesieur and Christopher W. Anderson, "Results of a 1995 Survey of Gamblers Anonymous Members in Illinois (N=184)," Illinois Council on Problem and Compulsive Gambling, 14 June 1995).

24.     A report prepared by Professor John W. Kindt, (University of Illinois) and Stephen W. Jay (Florida International University) states: "Utilizing the basic McDougal/Lasswell methodology of policy-oriented jurisprudence and applying these methods to the issues involving Internet gambling revealed that only a policy of "totally banning" Internet gambling was practically feasible. Exceptions eventually led to wide-open Internet gambling and an overwhelming litany of economic ills and social consequences—increased addicted gamblers, bankruptcies, and crime and corruption." A copy of this paper can be found at:http://www.ideals.illinois.edu/bitstream/handle/2142/1901/KindtOP_07Sept.pdf?sequence=2 and is incorporated herein.

25.     Persons who have lost $50 or more gambling with Defendant have not initiated action to recover losses against Defendant since six months prior to the filing of this complaint.

26.     Plaintiff is entitled to recover from Defendant gambling winnings paid by persons who have lost $50 or more gambling against Defendant since six months prior to the filing of the complaint or before.

## Illegal Gambling Winnings of Kevin Saul

27.     On 4/8/2005, Saul and 242 other persons wagered the sum of $55 each to play in a game of online poker on the site www.pokerstars.com. 216 persons lost the entire sum wagered. Saul won the sum of $3341. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

28.     On 9/24/2005, Saul and 100 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.pokerstars.com. 83 persons lost the entire sum wagered. Saul won the sum of $6380. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

29.     On 10/2/2005, Saul and 98 other persons wagered the sum of $55 each to play in a game of online poker on the site www.pokerstars.com. 90 persons lost the entire sum wagered. Saul won the sum of $1485. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

30.     On 10/19/2005, Saul and 92 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.pokerstars.com. 84 persons lost the entire sum wagered. Saul won the sum of $6420. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to

Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

31.     On 11/4/2005, Saul and 363 other persons wagered the sum of $162 each to play in a game of online poker on the site www.pokerstars.com. 328 persons lost the entire sum wagered. Saul won the sum of $2457. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

32.     On 11/23/2005, Saul and 90 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.pokerstars.com. 82 persons lost the entire sum wagered. Saul won the sum of $6540. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

33.     On 12/2/2005, Saul and 416 other persons wagered the sum of $162 each to play in a game of online poker on the site www.pokerstars.com. 372 persons lost the entire sum wagered. Saul won the sum of $15638. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

34.     On 12/2/2005, Saul and 105 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.pokerstars.com. 88 persons lost the entire sum wagered. Saul won the sum of $10380. None of the

persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

35.     On 12/25/2005, Saul and 212 other persons wagered the sum of $109 each to play in a game of online poker on the site www.pokerstars.com. 186 persons lost the entire sum wagered. Saul won the sum of $2471. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

36.     On 1/15/2006, Saul and 110 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.pokerstars.com. 93 persons lost the entire sum wagered. Saul won the sum of $7220. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

37.     On 1/26/2006, Saul and 168 other persons wagered the sum of $55 or more each to play in a game of online poker on the site www.pokerstars.com. 151 persons lost the entire sum wagered. Saul won the sum of $5590. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

38.     On 2/7/2006, Saul and 333 other persons wagered the sum of $109 each to play in a game of online poker on the site www.pokerstars.com. 298 persons lost

the entire sum wagered. Saul won the sum of $3707. None of the persons who lost

and paid or delivered money or other thing of value, in whole or in part, to Saul, and

who otherwise would have been entitled, within 6 months, to initiate an action under

720 ILCS 5/28-8(a) to recover their losses have done so.

39.     On 4/3/2006, Saul and 201 other persons wagered the sum of $55 or

more each to play in a game of online poker on the site www.pokerstars.com. 175

persons lost the entire sum wagered. Saul won the sum of $6851. None of the persons

who lost and paid or delivered money or other thing of value, in whole or in part, to

Saul, and who otherwise would have been entitled, within 6 months, to initiate an

action under 720 ILCS 5/28-8(a) to recover their losses have done so.

40.     On 4/4/2006, Saul and 610 other persons wagered the sum of $162 each

to play in a game of online poker on the site www.pokerstars.com. 548 persons lost

the entire sum wagered. Saul won the sum of $8432. None of the persons who lost

and paid or delivered money or other thing of value, in whole or in part, to Saul, and

who otherwise would have been entitled, within 6 months, to initiate an action under

720 ILCS 5/28-8(a) to recover their losses have done so.

41.     On 4/12/2006, Saul and 91 other persons wagered the sum of $109 or

more each to play in a game of online poker on the site www.pokerstars.com. 83

persons lost the entire sum wagered. Saul won the sum of $8000. None of the persons

who lost and paid or delivered money or other thing of value, in whole or in part, to

Saul, and who otherwise would have been entitled, within 6 months, to initiate an

action under 720 ILCS 5/28-8(a) to recover their losses have done so.

42.     On 4/13/2006, Saul and 165 other persons wagered the sum of $55 or more each to play in a game of online poker on the site www.pokerstars.com. 148 persons lost the entire sum wagered. Saul won the sum of $6180. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

43.     On 4/15/2006, Saul and 288 other persons wagered the sum of $109 each to play in a game of online poker on the site www.pokerstars.com. 244 persons lost the entire sum wagered. Saul won the sum of $3035. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

44.     On 5/21/2006, Saul and 471 other persons wagered the sum of $55 each to play in a game of online poker on the site www.pokerstars.com. 391 persons lost the entire sum wagered. Saul won the sum of $1038. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

45.     On 5/23/2006, Saul and 260 other persons wagered the sum of $109 each to play in a game of online poker on the site www.pokerstars.com. 234 persons lost the entire sum wagered. Saul won the sum of $7178. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul,

and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

46.     On 5/25/2006, Saul and 445 other persons wagered the sum of $55 each to play in a game of online poker on the site www.pokerstars.com. 365 persons lost the entire sum wagered. Saul won the sum of $1985. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

47.     On 6/15/2006, Saul and 320 other persons wagered the sum of $55 each to play in a game of online poker on the site www.pokerstars.com. 285 persons lost the entire sum wagered. Saul won the sum of $2568. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

48.     On 6/20/2006, Saul and 153 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.pokerstars.com. 136 persons lost the entire sum wagered. Saul won the sum of $6962. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

49.     On 7/21/2006, Saul and 271 other persons wagered the sum of $109 each to play in a game of online poker on the site www.pokerstars.com. 227 persons lost the entire sum wagered. Saul won the sum of $1904. None of the persons who

lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

50.     On 8/13/2006, Saul and 134 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.pokerstars.com. 117 persons lost the entire sum wagered. Saul won the sum of $13740. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

51.     On 8/15/2006, Saul and 259 other persons wagered the sum of $109 each to play in a game of online poker on the site www.pokerstars.com. 233 persons lost the entire sum wagered. Saul won the sum of $3016. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

52.     On 8/20/2006, Saul and 98 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.pokerstars.com. 90 persons lost the entire sum wagered. Saul won the sum of $9930. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

53.     On 8/20/2006, Saul and 582 other persons wagered the sum of $55 each to play in a game of online poker on the site www.pokerstars.com. 484 persons lost

the entire sum wagered. Saul won the sum of $962. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

54.     On 8/22/2006, Saul and 138 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.pokerstars.com. 121 persons lost the entire sum wagered. Saul won the sum of $10920. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

55.     On 8/28/2006, Saul and 146 other persons wagered the sum of $215 or more each to play in a game of online poker on the site www.pokerstars.com. 1745 persons lost the entire sum wagered. Saul won the sum of $13257. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

56.     On 9/17/2006, Saul and 489 other persons wagered the sum of $55 each to play in a game of online poker on the site www.pokerstars.com. 409 persons lost the entire sum wagered. Saul won the sum of $3393. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

57.     On 9/19/2006, Saul and 147 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.pokerstars.com. 130 persons lost the entire sum wagered. Saul won the sum of $6890. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

58.     On 9/24/2006, Saul and 149 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.pokerstars.com. 132 persons lost the entire sum wagered. Saul won the sum of $11340. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

59.     On 10/1/2006, Saul and 284 other persons wagered the sum of $109 each to play in a game of online poker on the site www.pokerstars.com. 258 persons lost the entire sum wagered. Saul won the sum of $2280. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

60.     On 10/10/2006, Saul and 328 other persons wagered the sum of $109 each to play in a game of online poker on the site www.pokerstars.com. 266 persons lost the entire sum wagered. Saul won the sum of $4606. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul,

and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

61.     On 10/19/2006, Saul and 249 other persons wagered the sum of $55 or more each to play in a game of online poker on the site www.pokerstars.com. 205 persons lost the entire sum wagered. Saul won the sum of $3444. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

62.     On 10/23/2006, Saul and 181 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.pokerstars.com. 164 persons lost the entire sum wagered. Saul won the sum of $7771. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

63.     On 10/25/2006, Saul and 256 other persons wagered the sum of $109 each to play in a game of online poker on the site www.pokerstars.com. 230 persons lost the entire sum wagered. Saul won the sum of $7068. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

64.     On 10/25/2006, Saul and 288 other persons wagered the sum of $55 or more each to play in a game of online poker on the site www.pokerstars.com. 262 persons lost the entire sum wagered. Saul won the sum of $4140. None of the persons

17

who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

65.    On 10/25/2006, Saul and 246 other persons wagered the sum of $100 each to play in a game of online poker on the site www.ultimatebet.com. 217 persons lost the entire sum wagered. Saul won the sum of $1358. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

66.    On 10/31/2006, Saul and 246 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.pokerstars.com. 220 persons lost the entire sum wagered. Saul won the sum of $11240. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

67.    On 11/18/2006, Saul and 383 other persons wagered the sum of $109 each to play in a game of online poker on the site www.fulltiltpoker.com. 342 persons lost the entire sum wagered. Saul won the sum of $5836. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

68.    On 11/18/2006, Saul and 295 other persons wagered the sum of $163 each to play in a game of online poker on the site www.fulltiltpoker.com. 269

persons lost the entire sum wagered. Saul won the sum of $5550. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

69.     On 11/24/2006, Saul and 255 other persons wagered the sum of $55 or more each to play in a game of online poker on the site www.pokerstars.com. 229 persons lost the entire sum wagered. Saul won the sum of $5933. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

70.     On 11/29/2006, Saul and 204 other persons wagered the sum of $163 each to play in a game of online poker on the site www.fulltiltpoker.com. 178 persons lost the entire sum wagered. Saul won the sum of $7995. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

71.     On 11/30/2006, Saul and 228 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.pokerstars.com. 202 persons lost the entire sum wagered. Saul won the sum of $16415. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

72.     On 12/1/2006, Saul and 61 other persons wagered the sum of $100 or more each to play in a game of online poker on the site www.ultimatebet.com. 54 persons lost the entire sum wagered. Saul won the sum of $1500. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

73.     On 12/2/2006, Saul and 524 other persons wagered the sum of $55 each to play in a game of online poker on the site www.pokerstars.com. 465 persons lost the entire sum wagered. Saul won the sum of $1142. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

74.     On 12/3/2006, Saul and 169 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.pokerstars.com. 152 persons lost the entire sum wagered. Saul won the sum of $20190. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

75.     On 12/3/2006, Saul and 1340 other persons wagered the sum of $200 each to play in a game of online poker on the site www.ultimatebet.com. 60 persons lost the entire sum wagered. Saul won the sum of $14080. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul,

and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

76.     On 12/5/2006, Saul and 1005 other persons wagered the sum of $162 each to play in a game of online poker on the site www.pokerstars.com. 856 persons lost the entire sum wagered. Saul won the sum of $19164. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

77.     On 12/5/2006, Saul and 463 other persons wagered the sum of $75 each to play in a game of online poker on the site www.fulltiltpoker.com. 419 persons lost the entire sum wagered. Saul won the sum of $1600. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

78.     On 12/19/2006, Saul and 346 other persons wagered the sum of $163 each to play in a game of online poker on the site www.fulltiltpoker.com. 311 persons lost the entire sum wagered. Saul won the sum of $6246. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

79.     On 12/21/2006, Saul and 384 other persons wagered the sum of $75 each to play in a game of online poker on the site www.fulltiltpoker.com. 349 persons lost the entire sum wagered. Saul won the sum of $6641. None of the persons

who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

80.    On 12/23/2006, Saul and 352 other persons wagered the sum of $475 each to play in a game of online poker on the site www.pokerstars.com. 323 persons lost the entire sum wagered. Saul won the sum of $9000. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

81.    On 12/23/2006, Saul and 59 other persons wagered the sum of $100 or more each to play in a game of online poker on the site www.ultimatebet.com. 52 persons lost the entire sum wagered. Saul won the sum of $1750. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

82.    On 12/26/2006, Saul and 161 other persons wagered the sum of $200 each to play in a game of online poker on the site www.ultimatebet.com. 142 persons lost the entire sum wagered. Saul won the sum of $5184. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

83.    On 12/28/2006, Saul and 723 other persons wagered the sum of $320 each to play in a game of online poker on the site www.pokerstars.com. 634 persons

lost the entire sum wagered. Saul won the sum of $30408. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

84.     On 12/28/2006, Saul and 519 other persons wagered the sum of $75 each to play in a game of online poker on the site www.fulltiltpoker.com. 466 persons lost the entire sum wagered. Saul won the sum of $1704. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

85.     On 1/2/2007, Saul and 73 other persons wagered the sum of $100 or more each to play in a game of online poker on the site www.ultimatebet.com. 64 persons lost the entire sum wagered. Saul won the sum of $7125. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

86.     On 1/3/2007, Saul and 362 other persons wagered the sum of $109 each to play in a game of online poker on the site www.pokerstars.com. 327 persons lost the entire sum wagered. Saul won the sum of $9075. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

87.     On 1/3/2007, Saul and 461 other persons wagered the sum of $109 each to play in a game of online poker on the site www.fulltiltpoker.com. 408 persons lost the entire sum wagered. Saul won the sum of $6699. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

88.     On 1/12/2007, Saul and 257 other persons wagered the sum of $75 each to play in a game of online poker on the site www.fulltiltpoker.com. 231 persons lost the entire sum wagered. Saul won the sum of $1736. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

89.     On 1/13/2007, Saul and 52 other persons wagered the sum of $100 or more each to play in a game of online poker on the site www.ultimatebet.com. 45 persons lost the entire sum wagered. Saul won the sum of $3500. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

90.     On 1/15/2007, Saul and 1042 other persons wagered the sum of $55 each to play in a game of online poker on the site www.pokerstars.com. 890 persons lost the entire sum wagered. Saul won the sum of $11212. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul,

and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

91.     On 1/17/2007, Saul and 170 other persons wagered the sum of $216 each to play in a game of online poker on the site www.fulltiltpoker.com. 163 persons lost the entire sum wagered. Saul won the sum of $12000. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

92.     On 1/19/2007, Saul and 198 other persons wagered the sum of $163 each to play in a game of online poker on the site www.fulltiltpoker.com. 172 persons lost the entire sum wagered. Saul won the sum of $7761. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

93.     On 1/29/2007, Saul and 392 other persons wagered the sum of $75 each to play in a game of online poker on the site www.fulltiltpoker.com. 357 persons lost the entire sum wagered. Saul won the sum of $3254. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

94.     On 2/6/2007, Saul and 137 other persons wagered the sum of $200 each to play in a game of online poker on the site www.ultimatebet.com. 118 persons lost the entire sum wagered. Saul won the sum of $2208. None of the persons who lost

and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

95.     On 2/12/2007, Saul and 295 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.pokerstars.com. 268 persons lost the entire sum wagered. Saul won the sum of $14059. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

96.     On 3/14/2007, Saul and 149 other persons wagered the sum of $100 each to play in a game of online poker on the site www.ultimatebet.com. 130 persons lost the entire sum wagered. Saul won the sum of $1275. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

97.     On 3/16/2007, Saul and 307 other persons wagered the sum of $120 each to play in a game of online poker on the site www.ultimatebet.com. 268 persons lost the entire sum wagered. Saul won the sum of $1001. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

98.     On 3/17/2007, Saul and 226 other persons wagered the sum of $55 or more each to play in a game of online poker on the site www.pokerstars.com. 200

persons lost the entire sum wagered. Saul won the sum of $7844. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

99.     On 3/21/2007, Saul and 170 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.pokerstars.com. 153 persons lost the entire sum wagered. Saul won the sum of $7366. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

100.     On 3/26/2007, Saul and 334 other persons wagered the sum of $163 each to play in a game of online poker on the site www.fulltiltpoker.com. 299 persons lost the entire sum wagered. Saul won the sum of $8040. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

101.     On 3/28/2007, Saul and 131 other persons wagered the sum of $322 each to play in a game of online poker on the site www.fulltiltpoker.com. 126 persons lost the entire sum wagered. Saul won the sum of $12000. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

102.    On 4/4/2007, Saul and 169 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.pokerstars.com. 152 persons lost the entire sum wagered. Saul won the sum of $8223. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

103.    On 4/10/2007, Saul and 237 other persons wagered the sum of $55 or more each to play in a game of online poker on the site www.pokerstars.com. 211 persons lost the entire sum wagered. Saul won the sum of $4804. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

104.    On 4/13/2007, Saul and 170 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.pokerstars.com. 153 persons lost the entire sum wagered. Saul won the sum of $7914. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

105.    On 4/14/2007, Saul and 279 other persons wagered the sum of $109 each to play in a game of online poker on the site www.pokerstars.com. 253 persons lost the entire sum wagered. Saul won the sum of $2240. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul,

and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

106.    On 4/27/2007, Saul and 228 other persons wagered the sum of $55 or more each to play in a game of online poker on the site www.pokerstars.com. 202 persons lost the entire sum wagered. Saul won the sum of $3654. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

107.    On 4/27/2007, Saul and 408 other persons wagered the sum of $75 each to play in a game of online poker on the site www.fulltiltpoker.com. 364 persons lost the entire sum wagered. Saul won the sum of $2540. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

108.    On 5/8/2007, Saul and 123 other persons wagered the sum of $200 each to play in a game of online poker on the site www.ultimatebet.com. 104 persons lost the entire sum wagered. Saul won the sum of $6750. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

109.    On 5/9/2007, Saul and 44 other persons wagered the sum of $100 or more each to play in a game of online poker on the site www.ultimatebet.com. 40 persons lost the entire sum wagered. Saul won the sum of $8000. None of the persons

who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

110.    On 5/14/2007, Saul and 217 other persons wagered the sum of $163 each to play in a game of online poker on the site www.fulltiltpoker.com. 191 persons lost the entire sum wagered. Saul won the sum of $4088. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

111.    On 5/16/2007, Saul and 304 other persons wagered the sum of $120 each to play in a game of online poker on the site www.ultimatebet.com. 265 persons lost the entire sum wagered. Saul won the sum of $1601.25. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

112.    On 5/18/2007, Saul and 384 other persons wagered the sum of $75 each to play in a game of online poker on the site www.fulltiltpoker.com. 349 persons lost the entire sum wagered. Saul won the sum of $2457. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

113.    On 5/19/2007, Saul and 243 other persons wagered the sum of $55 or more each to play in a game of online poker on the site www.pokerstars.com. 217

30

persons lost the entire sum wagered. Saul won the sum of $5439. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

114.    On 5/29/2007, Saul and 269 other persons wagered the sum of $1060 each to play in a game of online poker on the site www.fulltiltpoker.com. 243 persons lost the entire sum wagered. Saul won the sum of $26325. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

115.    On 6/8/2007, Saul and 204 other persons wagered the sum of $120 each to play in a game of online poker on the site www.ultimatebet.com. 175 persons lost the entire sum wagered. Saul won the sum of $4650. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

116.    On 6/8/2007, Saul and 38 other persons wagered the sum of $100 or more each to play in a game of online poker on the site www.ultimatebet.com. 34 persons lost the entire sum wagered. Saul won the sum of $6000. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

117.    On 6/10/2007, Saul and 864 other persons wagered the sum of $200 each to play in a game of online poker on the site www.ultimatebet.com. 775 persons lost the entire sum wagered. Saul won the sum of $18500. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

118.    On 6/19/2007, Saul and 251 other persons wagered the sum of $120 each to play in a game of online poker on the site www.ultimatebet.com. 222 persons lost the entire sum wagered. Saul won the sum of $4650. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

119.    On 6/20/2007, Saul and 326 other persons wagered the sum of $75 each to play in a game of online poker on the site www.fulltiltpoker.com. 291 persons lost the entire sum wagered. Saul won the sum of $2087. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

120.    On 6/23/2007, Saul and 186 other persons wagered the sum of $55 or more each to play in a game of online poker on the site www.pokerstars.com. 169 persons lost the entire sum wagered. Saul won the sum of $10408. None of the persons who lost and paid or delivered money or other thing of value, in whole or in

part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

121.    On 6/23/2007, Saul and 214 other persons wagered the sum of $109 each to play in a game of online poker on the site www.pokerstars.com. 188 persons lost the entire sum wagered. Saul won the sum of $2344. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

122.    On 6/23/2007, Saul and 132 other persons wagered the sum of $100 each to play in a game of online poker on the site www.ultimatebet.com. 113 persons lost the entire sum wagered. Saul won the sum of $3591. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

123.    On 6/23/2007, Saul and 659 other persons wagered the sum of $200 each to play in a game of online poker on the site www.absolutepoker.com. 597 persons lost the entire sum wagered. Saul won the sum of $5250. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

124.    On 6/27/2007, Saul and 53 other persons wagered the sum of $500 each to play in a game of online poker on the site www.ultimatebet.com. 46 persons lost the entire sum wagered. Saul won the sum of $1350. None of the persons who lost

and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

125.    On 7/1/2007, Saul and 120 other persons wagered the sum of $500 each to play in a game of online poker on the site www.ultimatebet.com. 101 persons lost the entire sum wagered. Saul won the sum of $12000. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

126.    On 7/8/2007, Saul and 812 other persons wagered the sum of $200 each to play in a game of online poker on the site www.ultimatebet.com. 723 persons lost the entire sum wagered. Saul won the sum of $1100. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

127.    On 8/5/2007, Saul and 653 other persons wagered the sum of $109 each to play in a game of online poker on the site www.pokerstars.com. 564 persons lost the entire sum wagered. Saul won the sum of $3728. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

128.    On 8/6/2007, Saul and 507 other persons wagered the sum of $75 each to play in a game of online poker on the site www.fulltiltpoker.com. 454 persons lost

the entire sum wagered. Saul won the sum of $1665. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

129.    On 8/7/2007, Saul and 242 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.pokerstars.com. 216 persons lost the entire sum wagered. Saul won the sum of $13421. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

130.    On 8/7/2007, Saul and 183 other persons wagered the sum of $55 or more each to play in a game of online poker on the site www.fulltiltpoker.com. 166 persons lost the entire sum wagered. Saul won the sum of $8033. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

131.    On 8/8/2007, Saul and 283 other persons wagered the sum of $120 each to play in a game of online poker on the site www.ultimatebet.com. 254 persons lost the entire sum wagered. Saul won the sum of $3124. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

132.    On 8/14/2007, Saul and 541 other persons wagered the sum of $163 or more each to play in a game of online poker on the site www.fulltiltpoker.com. 488 persons lost the entire sum wagered. Saul won the sum of $20325. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

133.    On 8/19/2007, Saul and 908 other persons wagered the sum of $200 each to play in a game of online poker on the site www.ultimatebet.com. 809 persons lost the entire sum wagered. Saul won the sum of $1200. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

134.    On 8/21/2007, Saul and 190 other persons wagered the sum of $216 each to play in a game of online poker on the site www.fulltiltpoker.com. 167 persons lost the entire sum wagered. Saul won the sum of $6284. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

135.    On 8/28/2007, Saul and 284 other persons wagered the sum of $163 each to play in a game of online poker on the site www.fulltiltpoker.com. 258 persons lost the entire sum wagered. Saul won the sum of $3099. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to

Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

136.    On 9/2/2007, Saul and 143 other persons wagered the sum of $500 each to play in a game of online poker on the site www.ultimatebet.com. 124 persons lost the entire sum wagered. Saul won the sum of $20250. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

137.    On 9/5/2007, Saul and 457 other persons wagered the sum of $75 each to play in a game of online poker on the site www.fulltiltpoker.com. 413 persons lost the entire sum wagered. Saul won the sum of $4898. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

138.    On 9/5/2007, Saul and 243 other persons wagered the sum of $75 each to play in a game of online poker on the site www.fulltiltpoker.com. 217 persons lost the entire sum wagered. Saul won the sum of $2778. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

139.    On 9/9/2007, Saul and 2084 other persons wagered the sum of $215 each to play in a game of online poker on the site www.pokerstars.com. 1815 persons lost the entire sum wagered. Saul won the sum of $41283. None of the

persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

140.    On 9/19/2007, Saul and 287 other persons wagered the sum of $55 or more each to play in a game of online poker on the site www.pokerstars.com. 261 persons lost the entire sum wagered. Saul won the sum of $16837. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

141.    On 9/23/2007, Saul and 590 other persons wagered the sum of $109 each to play in a game of online poker on the site www.pokerstars.com. 528 persons lost the entire sum wagered. Saul won the sum of $2955. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

142.    On 9/24/2007, Saul and 495 other persons wagered the sum of $163 each to play in a game of online poker on the site www.fulltiltpoker.com. 442 persons lost the entire sum wagered. Saul won the sum of $4836. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

143.    On 9/25/2007, Saul and 325 other persons wagered the sum of $215 each to play in a game of online poker on the site www.pokerstars.com. 281 persons

lost the entire sum wagered. Saul won the sum of $4173. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

144.    On 9/26/2007, Saul and 813 other persons wagered the sum of $55 each to play in a game of online poker on the site www.pokerstars.com. 733 persons lost the entire sum wagered. Saul won the sum of $10175. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

145.    On 9/27/2007, Saul and 258 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.pokerstars.com. 232 persons lost the entire sum wagered. Saul won the sum of $32505. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

146.    On 9/28/2007, Saul and 170 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.pokerstars.com. 153 persons lost the entire sum wagered. Saul won the sum of $22860. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

147.    On 9/29/2007, Saul and 236 other persons wagered the sum of $320 each to play in a game of online poker on the site www.pokerstars.com. 210 persons lost the entire sum wagered. Saul won the sum of $5688. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

148.    On 11/6/2007, Saul and 168 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.pokerstars.com. 151 persons lost the entire sum wagered. Saul won the sum of $7664. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

149.    On 11/10/2007, Saul and 258 other persons wagered the sum of $500 each to play in a game of online poker on the site www.absolutepoker.com. 223 persons lost the entire sum wagered. Saul won the sum of $5250. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

150.    On 11/17/2007, Saul and 1333 other persons wagered the sum of $55 each to play in a game of online poker on the site www.pokerstars.com. 1154 persons lost the entire sum wagered. Saul won the sum of $3969. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to

Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

151.    On 11/29/2007, Saul and 234 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.pokerstars.com. 208 persons lost the entire sum wagered. Saul won the sum of $28628. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

152.    On 11/29/2007, Saul and 522 other persons wagered the sum of $163 each to play in a game of online poker on the site www.fulltiltpoker.com. 478 persons lost the entire sum wagered. Saul won the sum of $8826. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

153.    On 12/9/2007, Saul and 680 other persons wagered the sum of $535 each to play in a game of online poker on the site www.fulltiltpoker.com. 656 persons lost the entire sum wagered. Saul won the sum of $18000. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

154.    On 12/9/2007, Saul and 462 other persons wagered the sum of $500 each to play in a game of online poker on the site www.ultimatebet.com. 413 persons lost the entire sum wagered. Saul won the sum of $1504.75. None of the persons who

lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

155. On 12/11/2007, Saul and 279 other persons wagered the sum of $1060 each to play in a game of online poker on the site www.fulltiltpoker.com. 253 persons lost the entire sum wagered. Saul won the sum of $35000. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

156. On 12/31/2007, Saul and 1526 other persons wagered the sum of $55 each to play in a game of online poker on the site www.pokerstars.com. 1302 persons lost the entire sum wagered. Saul won the sum of $5589. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

157. On 2/9/2008, Saul and 773 other persons wagered the sum of $535 each to play in a game of online poker on the site www.fulltiltpoker.com. 690 persons lost the entire sum wagered. Saul won the sum of $8514. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

158. On 2/16/2008, Saul and 422 other persons wagered the sum of $55 or more each to play in a game of online poker on the site www.pokerstars.com. 360

persons lost the entire sum wagered. Saul won the sum of $21886. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

159.    On 2/18/2008, Saul and 1060 other persons wagered the sum of $216 each to play in a game of online poker on the site www.fulltiltpoker.com. 962 persons lost the entire sum wagered. Saul won the sum of $3395. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

160.    On 2/27/2008, Saul and 334 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.pokerstars.com. 299 persons lost the entire sum wagered. Saul won the sum of $9402. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

161.    On 3/31/2008, Saul and 254 other persons wagered the sum of $109 each to play in a game of online poker on the site www.fulltiltpoker.com. 219 persons lost the entire sum wagered. Saul won the sum of $46650. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

162.    On 3/31/2008, Saul and 341 other persons wagered the sum of $109 each to play in a game of online poker on the site www.pokerstars.com. 297 persons lost the entire sum wagered. Saul won the sum of $5164. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

163.    On 4/6/2008, Saul and 561 other persons wagered the sum of $200 each to play in a game of online poker on the site www.absolutepoker.com. 543 persons lost the entire sum wagered. Saul won the sum of $2968. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

164.    On 5/14/2008, Saul and 116 other persons wagered the sum of $1000 each to play in a game of online poker on the site www.absolutepoker.com. 99 persons lost the entire sum wagered. Saul won the sum of $4095. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

165.    On 6/17/2008, Saul and 306 other persons wagered the sum of $1050 each to play in a game of online poker on the site www.pokerstars.com. 262 persons lost the entire sum wagered. Saul won the sum of $24560. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul,

and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

166.    On 7/28/2008, Saul and 1086 other persons wagered the sum of $55 each to play in a game of online poker on the site www.fulltiltpoker.com. 934 persons lost the entire sum wagered. Saul won the sum of $1320. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

167.    On 7/31/2008, Saul and 557 other persons wagered the sum of $109 each to play in a game of online poker on the site www.pokerstars.com. 495 persons lost the entire sum wagered. Saul won the sum of $4352. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

168.    On 8/5/2008, Saul and 236 other persons wagered the sum of $120 each to play in a game of online poker on the site www.ultimatebet.com. 207 persons lost the entire sum wagered. Saul won the sum of $3300. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

169.    On 8/8/2008, Saul and 255 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.pokerstars.com. 229 persons lost the entire sum wagered. Saul won the sum of $33193. None of the

persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

170.    On 8/8/2008, Saul and 203 other persons wagered the sum of $55 or more each to play in a game of online poker on the site www.fulltiltpoker.com. 177 persons lost the entire sum wagered. Saul won the sum of $7839. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

171.    On 8/8/2008, Saul and 713 other persons wagered the sum of $163 each to play in a game of online poker on the site www.fulltiltpoker.com. 642 persons lost the entire sum wagered. Saul won the sum of $6962. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

172.    On 8/8/2008, Saul and 342 other persons wagered the sum of $109 each to play in a game of online poker on the site www.fulltiltpoker.com. 301 persons lost the entire sum wagered. Saul won the sum of $2770. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

173.    On 8/8/2008, Saul and 342 other persons wagered the sum of $129 each to play in a game of online poker on the site www.fulltiltpoker.com. 307 persons lost

the entire sum wagered. Saul won the sum of $2401. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

174.    On 8/8/2008, Saul and 127 other persons wagered the sum of $120 each to play in a game of online poker on the site www.ultimatebet.com. 108 persons lost the entire sum wagered. Saul won the sum of $3200. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

175.    On 8/11/2008, Saul and 424 other persons wagered the sum of $163 each to play in a game of online poker on the site www.fulltiltpoker.com. 380 persons lost the entire sum wagered. Saul won the sum of $15938. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

176.    On 8/12/2008, Saul and 1404 other persons wagered the sum of $1060 each to play in a game of online poker on the site www.fulltiltpoker.com. 1231 persons lost the entire sum wagered. Saul won the sum of $105000. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

177.    On 8/14/2008, Saul and 1058 other persons wagered the sum of $322 or more each to play in a game of online poker on the site www.fulltiltpoker.com. 939 persons lost the entire sum wagered. Saul won the sum of $167843. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

178.    On 8/20/2008, Saul and 107 other persons wagered the sum of $1000 each to play in a game of online poker on the site www.absolutepoker.com. 90 persons lost the entire sum wagered. Saul won the sum of $7020. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

179.    On 8/21/2008, Saul and 414 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.fulltiltpoker.com. 361 persons lost the entire sum wagered. Saul won the sum of $34650. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

180.    On 8/21/2008, Saul and 829 other persons wagered the sum of $320 each to play in a game of online poker on the site www.pokerstars.com. 731 persons lost the entire sum wagered. Saul won the sum of $18750. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul,

and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

181.    On 8/26/2008, Saul and 211 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.fulltiltpoker.com. 188 persons lost the entire sum wagered. Saul won the sum of $4567. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

182.    On 8/27/2008, Saul and 1448 other persons wagered the sum of $55 each to play in a game of online poker on the site www.pokerstars.com. 1233 persons lost the entire sum wagered. Saul won the sum of $12780. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

183.    On 8/28/2008, Saul and 269 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.pokerstars.com. 243 persons lost the entire sum wagered. Saul won the sum of $21018. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

184.    On 9/11/2008, Saul and 2233 other persons wagered the sum of $215 or more each to play in a game of online poker on the site www.pokerstars.com. 1910 persons lost the entire sum wagered. Saul won the sum of $48587. None of the

persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

185.    On 9/17/2008, Saul and 108 other persons wagered the sum of $1000 each to play in a game of online poker on the site www.absolutepoker.com. 91 persons lost the entire sum wagered. Saul won the sum of $2834. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

186.    On 9/28/2008, Saul and 97 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.pokerstars.com. 87 persons lost the entire sum wagered. Saul won the sum of $14300. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

187.    On 10/6/2008, Saul and 253 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.fulltiltpoker.com. 227 persons lost the entire sum wagered. Saul won the sum of $6300. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

188.    On 11/19/2008, Saul and 115 other persons wagered the sum of $1000 each to play in a game of online poker on the site www.absolutepoker.com. 98

persons lost the entire sum wagered. Saul won the sum of $1392. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

189.    On 12/21/2008, Saul and 218 other persons wagered the sum of $500 each to play in a game of online poker on the site www.absolutepoker.com. 192 persons lost the entire sum wagered. Saul won the sum of $1642.5. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

190.    On 3/1/2009, Saul and 1514 other persons wagered the sum of $215 each to play in a game of online poker on the site www.pokerstars.com. 1344 persons lost the entire sum wagered. Saul won the sum of $54661. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

191.    On 3/8/2009, Saul and 350 other persons wagered the sum of $215 each to play in a game of online poker on the site www.pokerstars.com. 306 persons lost the entire sum wagered. Saul won the sum of $10355. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

192.    On 3/12/2009, Saul and 683 other persons wagered the sum of $109 each to play in a game of online poker on the site www.pokerstars.com. 603 persons lost the entire sum wagered. Saul won the sum of $5198. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

193.    On 3/15/2009, Saul and 862 other persons wagered the sum of $55 or more each to play in a game of online poker on the site www.pokerstars.com. 764 persons lost the entire sum wagered. Saul won the sum of $12630. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

194.    On 4/3/2009, Saul and 2886 other persons wagered the sum of $162 or more each to play in a game of online poker on the site www.pokerstars.com. 2473 persons lost the entire sum wagered. Saul won the sum of $15418. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

195.    On 4/12/2009, Saul and 513 other persons wagered the sum of $163 or more each to play in a game of online poker on the site www.fulltiltpoker.com. 460 persons lost the entire sum wagered. Saul won the sum of $29261. None of the persons who lost and paid or delivered money or other thing of value, in whole or in

part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

196.    On 5/12/2009, Saul and 1348 other persons wagered the sum of $1060 each to play in a game of online poker on the site www.fulltiltpoker.com. 1175 persons lost the entire sum wagered. Saul won the sum of $20250. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

197.    On 7/29/2009, Saul and 131 other persons wagered the sum of $55 or more each to play in a game of online poker on the site www.pokerstars.com. 114 persons lost the entire sum wagered. Saul won the sum of $7878. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

198.    On 8/5/2009, Saul and 457 other persons wagered the sum of $117 each to play in a game of online poker on the site www.fulltiltpoker.com. 404 persons lost the entire sum wagered. Saul won the sum of $1814. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

199.    On 8/10/2009, Saul and 1309 other persons wagered the sum of $216 each to play in a game of online poker on the site www.fulltiltpoker.com. 1175 persons lost the entire sum wagered. Saul won the sum of $57640. None of the

persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

200.    On 8/11/2009, Saul and 402 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.pokerstars.com. 358 persons lost the entire sum wagered. Saul won the sum of $21506. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

201.    On 8/29/2009, Saul and 411 other persons wagered the sum of $322 each to play in a game of online poker on the site www.fulltiltpoker.com. 358 persons lost the entire sum wagered. Saul won the sum of $12978. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

202.    On 9/6/2009, Saul and 298 other persons wagered the sum of $10300 each to play in a game of online poker on the site www.pokerstars.com. 263 persons lost the entire sum wagered. Saul won the sum of $337870. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

203.    On 9/14/2009, Saul and 581 other persons wagered the sum of $55 or more each to play in a game of online poker on the site www.pokerstars.com. 510

persons lost the entire sum wagered. Saul won the sum of $4420. None of the persons
who lost and paid or delivered money or other thing of value, in whole or in part, to
Saul, and who otherwise would have been entitled, within 6 months, to initiate an
action under 720 ILCS 5/28-8(a) to recover their losses have done so.

204.     On 10/4/2009, Saul and 464 other persons wagered the sum of $700
each to play in a game of online poker on the site www.pokerstars.com. 435 persons
lost the entire sum wagered. Saul won the sum of $15130. None of the persons who
lost and paid or delivered money or other thing of value, in whole or in part, to Saul,
and who otherwise would have been entitled, within 6 months, to initiate an action
under 720 ILCS 5/28-8(a) to recover their losses have done so.

205.     On 10/20/2009, Saul and 351 other persons wagered the sum of $1060
each to play in a game of online poker on the site www.fulltiltpoker.com. 316
persons lost the entire sum wagered. Saul won the sum of $32560. None of the
persons who lost and paid or delivered money or other thing of value, in whole or in
part, to Saul, and who otherwise would have been entitled, within 6 months, to
initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

206.     On 10/20/2009, Saul and 836 other persons wagered the sum of $162
each to play in a game of online poker on the site www.pokerstars.com. 738 persons
lost the entire sum wagered. Saul won the sum of $5273. None of the persons who
lost and paid or delivered money or other thing of value, in whole or in part, to Saul,
and who otherwise would have been entitled, within 6 months, to initiate an action
under 720 ILCS 5/28-8(a) to recover their losses have done so.

207.    On 11/8/2009, Saul and 1090 other persons wagered the sum of $530 each to play in a game of online poker on the site www.pokerstars.com. 929 persons lost the entire sum wagered. Saul won the sum of $68188. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

208.    On 11/10/2009, Saul and 1365 other persons wagered the sum of $1060 each to play in a game of online poker on the site www.fulltiltpoker.com. 1192 persons lost the entire sum wagered. Saul won the sum of $30750. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

209.    On 11/12/2009, Saul and 627 other persons wagered the sum of $117 each to play in a game of online poker on the site www.fulltiltpoker.com. 565 persons lost the entire sum wagered. Saul won the sum of $13847. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

210.    On 11/14/2009, Saul and 600 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.pokerstars.com. 529 persons lost the entire sum wagered. Saul won the sum of $17810. None of the persons who lost and paid or delivered money or other thing of value, in whole or in

part, to Saul, and who otherwise would have been entitled, within 6 months, to

initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

211. On 11/16/2009, Saul and 628 other persons wagered the sum of $109 or

more each to play in a game of online poker on the site www.pokerstars.com. 557

persons lost the entire sum wagered. Saul won the sum of $18495. None of the

persons who lost and paid or delivered money or other thing of value, in whole or in

part, to Saul, and who otherwise would have been entitled, within 6 months, to

initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

212. On 1/21/2010, Saul and 314 other persons wagered the sum of $216

each to play in a game of online poker on the site www.fulltiltpoker.com. 279

persons lost the entire sum wagered. Saul won the sum of $10080. None of the

persons who lost and paid or delivered money or other thing of value, in whole or in

part, to Saul, and who otherwise would have been entitled, within 6 months, to

initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

213. On 1/24/2010, Saul and 557 other persons wagered the sum of $163 or

more each to play in a game of online poker on the site www.fulltiltpoker.com. 504

persons lost the entire sum wagered. Saul won the sum of $8868. None of the persons

who lost and paid or delivered money or other thing of value, in whole or in part, to

Saul, and who otherwise would have been entitled, within 6 months, to initiate an

action under 720 ILCS 5/28-8(a) to recover their losses have done so.

214. On 1/31/2010, Saul and 1022 other persons wagered the sum of $109 or

more each to play in a game of online poker on the site www.pokerstars.com. 870

persons lost the entire sum wagered. Saul won the sum of $7859. None of the persons

who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

215.    On 2/8/2010, Saul and 557 other persons wagered the sum of $163 each to play in a game of online poker on the site www.fulltiltpoker.com. 504 persons lost the entire sum wagered. Saul won the sum of $20925. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

216.    On 2/9/2010, Saul and 253 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.pokerstars.com. 224 persons lost the entire sum wagered. Saul won the sum of $13308. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

217.    On 2/10/2010, Saul and 253 other persons wagered the sum of $55 or more each to play in a game of online poker on the site www.fulltiltpoker.com. 227 persons lost the entire sum wagered. Saul won the sum of $3890. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

218.    On 2/18/2010, Saul and 468 other persons wagered the sum of $109 or more each to play in a game of online poker on the site www.pokerstars.com. 415

persons lost the entire sum wagered. Saul won the sum of $23518. None of the persons who lost and paid or delivered money or other thing of value, in whole or in part, to Saul, and who otherwise would have been entitled, within 6 months, to initiate an action under 720 ILCS 5/28-8(a) to recover their losses have done so.

WHEREFORE, Plaintiff, Scott C. Crespo, requests that this Court enter judgment in his favor and against Kevin Saul and award:

A.    Triple the amount of loss as determined under 720 ILCS 5/28-8(b);

B.    Court costs; and

C.    Any other relief that the Court deems just.

Respectfully Submitted,<br>
Scott C. Crespo<br>
/S/ Mark T. Lavery<br>
Attorney for Plaintiff

Mark T. Lavery
733 S. Lee Street, Suite 150
Des Plaines, IL 60618
847-813-7771