**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| SCOTT CRESPO v. KEVIN SAUL | 10-CV-05378 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Kevin Saul, Defendant

| | |
|---|---|
| NAME (Type or print) Marc Zwillinger | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ | |
| FIRM Zwillinger Genetski LLP | |
| STREET ADDRESS 1705 N St NW | |
| CITY/STATE/ZIP Washington, DC 20036 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6226447 | TELEPHONE NUMBER (202) 296-3585 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N") N

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") N

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") N

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") Y

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

RETAINED COUNSEL            APPOINTED COUNSEL