# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.1.1
### Eastern Division

Scott Crespo

                Plaintiff,

v.

                                   Case No.: 1:10–cv–05378
                                   Honorable George M. Marovich

Kevin Saul

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 24, 2010:

      MINUTE entry before Honorable George M. Marovich: Hearing on motion to reassign cases[11], motion for extension of time to file answer, and motion for discovery [15] noticed for 11/30/2010 is reset to 12/21/2010 at 10:30 a.m. Time of status hearing on 12/21/2010 is reset to 10:30 a.m.Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.