# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | George M. Marovich | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 5378 | **DATE** | 11/30/2010 |
| **CASE TITLE** | Crespo v. Saul | | |

**DOCKET ENTRY TEXT:**

Defendant's motion [13] for extension of time is granted. Defendant is granted until January 11, 2011 to answer or otherwise plead. Plaintiff's motion [15] for discovery is denied. Defendant's motion [11] to consolidate will be denied if defendant fails to file a memorandum of law in support of the motion by December 7, 2010. Plaintiff's response is due December 14, 2010. Defendant's reply is due December 21, 2010. The Court will rule by mail. The status hearing scheduled for December 21, 2010 is stricken.

■[ For further details see text below.]

Docketing to mail notices.

## STATEMENT

    Defendant has failed to support his motion to consolidate with a memorandum of law. Defendant merely states, without argument, that the three cases should be consolidated because they satisfy the conditions for reassignment under Local Rule 40.4 and that this Court has the lowest-numbered case. In violation of Local Rule 40.4(c), defendant has failed to "(1) set forth the points of commonality of the cases in sufficient detail to indicate that the cases are related within the meaning of section (a), and (2) indicate the extent to which the conditions required by section (b) will be met if the cases are found to be related."

    The Court will deny defendant's motion [11] to consolidate if defendant fails to file by December 7, 2010 a memorandum of law in support of this motion. Plaintiff is granted until December 14, 2010 to file a response, and defendant is granted until December 21, 2010 to file a reply.