IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| SCOTT CRESPO,<br><br>    Plaintiff,<br><br>v.<br><br>BRANDON ZAUCHA, et al,<br><br>    Defendant. | No. 10-CV-05536 |
| SCOTT CRESPO,<br><br>    Plaintiff,<br><br>v.<br><br>ANDY SETH, et al.,<br><br>    Defendant. | No. 10-CV-06543 |
| SCOTT CRESPO,<br><br>    Plaintiff,<br><br>v.<br><br>KEVIN SAUL,<br><br>    Defendant. | No. 10-CV-05378<br><br>Judge: Hon. George M. Marovich |

**NOTICE OF MOTION**

TO:    Christopher V. Langone
          733 S. Lee Street, Suite 150
          Des Plaines, IL 60618
          (847) 813-7771

1

YOU ARE HEREBY NOTIFIED THAT on Tuesday, January 11, 2011, at 10:30 a.m., in Room 1843, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge George M. Marovich, or any Judge presiding in that courtroom in the United States District Court for the Northern District of Illinois, Eastern Division, and shall then and there present **JOINT AND AGREED MOTION TO SET A BRIEFING SCHEDULE FOR DEFENDANTS' RULE 12(B)(6) MOTION**, a copy of which is attached hereto and hereby served upon you.

Dated: January 6, 2011

Respectfully submitted,
/s Bart Huff

Bart Huff
Zwillinger Genetski LLP
300 N LaSalle St, 49th Floor
Chicago, IL 60654
bart@zwillgen.com
(312) 685-2278