IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| SCOTT CRESPO,<br><br>    Plaintiff,<br><br>v.<br><br>KEVIN SAUL,<br><br>    Defendant. | No. 10-CV-05378<br><br>Judge: Hon. George M. Marovich |
| SCOTT CRESPO,<br><br>    Plaintiff,<br><br>v.<br><br>BRANDON ZAUCHA, et al,<br><br>    Defendant. | No. 10-CV-05536 |
| SCOTT CRESPO,<br><br>    Plaintiff,<br><br>v.<br><br>ANDY SETH, et al.,<br><br>    Defendant. | No. 10-CV-06543 |

**NOTICE OF MOTION**

**TO:**    Bart Huff
           Zwillinger Genetski LLP
           300 N LaSalle St, 49th Floor
           Chicago, IL 60654

    **PLEASE TAKE NOTICE** that on Tuesday, February 1, 2011, at 10:30 we shall appear before the Honorable George M. Marovich, in Courtroom 1843 of the Dirksen federal building, 219 S. Dearborn Ave, Chicago, IL and present the attached **AGREED MOTION FOR A ONE-WEEK EXTENSION OF TIME.**

1

Dated: January 20, 2011                                             Respectfully submitted,

/s Christopher V. Langone

733 S. Lee Street
Ste. 150
Des Plaines, IL 60016

**CERTIFICATION OF SERVICE**

    I, Christopher V. Langone, certify that on January 20, 2011, a copy of the attached motion was served on all counsel of record via email pursuant to the Court's ECF filing service.

/s Christopher V. Langone