IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SCOTT CRESPO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 10-cv-5378 |
| v. ) | |
| ) | |
| KEVIN SAUL, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF MOTION**

NOTICE:   Marc Zwillenger
Bart Huff
Zwillinger Genetski LLP
1705 N. Street, NW
Washington, D.C. 20036

    I, Mark Lavery, counsel for Plaintiff Crespo, will present Motion to File Instanter on 2/09/2011 at 10:30 a.m. before Judge Marovich in Room 1843 at 219 S. Dearborn, Chicago, IL.


__/s/_Mark_Lavery_____
Mark Lavery

CERTIFICATE OF SERVICE

    I, Mark T. Lavery, attorney, under penalties of perjury, certify that I caused this motion to be served electronically on November 23, 2010.

                                  Respectfully Submitted,
                                  Plaintiff Crespo


                                __/s/ Mark T. Lavery

Mark T. Lavery
733 Lee, Suite 150
Des Plaines, IL 60016
847-813-7771