# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.2
### Eastern Division

Scott Crespo
      Plaintiff,

v.             Case No.: 1:10−cv−05378
             Honorable George M. Marovich

Kevin Saul
      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 28, 2011:

  MINUTE entry before Honorable George M. Marovich:Motion hearing set for 2/1/2011 is stricken. Plaintiffs motion for one week extension of time to 1/31/2011 to file amended complaint [29] is granted. Motion hearing set for 2/9/2011 is stricken. Plaintiffs motion to file instanter amended complaint [31] is granted which is to be filed upon receipt of this order. Motion pursuant to Rule 12(B)(6) will be filed by 2/10/2011; response due by 3/3/2011; reply due by 3/17/2011; rule by mailMailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.