IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SCOTT CRESPO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) 10-cv-5378 |
| v. | ) |
| | ) |
| KEVIN SAUL, | ) |
| | ) |
| Defendants. | ) |

**<u>NOTICE OF FILING</u>**

NOTICE: Marc Zwillenger
Bart Huff
Zwillinger Genetski LLP
1705 N. Street, NW
Washington, D.C. 20036

    I, Mark Lavery, counsel for Plaintiff Crespo, filed an Amended Complaint on 01/28/2011.

\_\_/s/\_Mark\_Lavery_____
Mark Lavery

CERTIFICATE OF SERVICE

    I, Mark T. Lavery, attorney, under penalties of perjury, certify that I caused this motion to be served electronically on 01/28/2011.

    Respectfully Submitted,
    Plaintiff Crespo

    \_\_/s/ Mark T. Lavery

Mark T. Lavery
733 Lee, Suite 150
Des Plaines, IL 60016
847-813-7771