IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| SCOTT CRESPO, | No. 10-CV-05378 |
| Plaintiff, | Judge: Hon. George M. Marovich |
| v. | |
| KEVIN SAUL, | |
| Defendant. | |
| SCOTT CRESPO, | No. 10-CV-05536 |
| Plaintiff, | |
| v. | |
| BRANDON ZAUCHA, et al, | |
| Defendant. | |
| SCOTT CRESPO, | No. 10-CV-06543 |
| Plaintiff, | |
| v. | |
| ANDY SETH, et al., | |
| Defendant. | |

**NOTICE OF MOTION**

**TO:** Bart Huff
Zwillinger Genetski LLP
300 N LaSalle St, 49th Floor
Chicago, IL 60654

**PLEASE TAKE NOTICE** that on Tuesday, March 8, 2011, at 10:30 we shall appear before the Honorable George M. Marovich, in Courtroom 1843 of the Dirksen federal building, 219 S. Dearborn Ave, Chicago, IL and present the attached **AGREED MOTION FOR A TWO-WEEK EXTENSION OF TIME.**

Dated: March 1, 2011                                    Respectfully submitted,

                                                                        /s Christopher V. Langone

1

## CERTIFICATION OF SERVICE

    I, Christopher V. Langone, certify that on March 1, 2011, a copy of the attached motion was served on all counsel of record via email pursuant to the Court's ECF filing service.

    /s Christopher V. Langone