# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Scott Crespo
              Plaintiff,

v.
                              Case No.: 1:10−cv−05378
                              Honorable George M. Marovich

Kevin Saul
              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 2, 2011:

      MINUTE entry before Honorable George M. Marovich:Motion hearing set for 3/8/2011 is stricken. Plaintiff's agreed motion for extension of time [40] is granted. Plaintiff's response to motion to dismiss [39] is extended to 3/25/2011; reply extended to 4/8/2011.Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.