IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| SCOTT CRESPO, | ) | |
| | ) | 10 C 5378 |
| Plaintiff, | ) | |
| | ) | Judge Marovich |
| v. | ) | |
| | ) | |
| KEVIN SAUL, | ) | |
| | ) | |
| Defendant. | ) | |

**AGREED MOTION FOR ENTRY OF
INTERIM DOCUMENT PRESERVATION**

Counsel for the parties have been discussing issues related to document preservation and are attempting to agree on a proposed plan to ensure the preservation of all relevant documents, as suggested by the Manual for Complex Litigation. In accordance with procedures suggested in the Manual, the parties propose the entry of an interim order, the form of which is attached (as Exhibit A) and is based on the form contained in the Manual, with agreed-upon modifications by counsel for the parties.

Respectfully Submitted,

SCOTT CRESPO

By:     /s/ Christopher V. Langone
            One of His Attorneys

Mark T. Lavery, Esq.
Christopher V. Langone, Of Counsel
Lavery Law Firm
733 S. Lee, Suite 150
Des Plaines, IL 60016
847-813-7771